```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

TERRENCE SINGLETON,

                Plaintiff,           22-cv-1937 (JGK)

    - against -                    ORDER

UNITED STATES OF AMERICA,

                Defendant.

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 15, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
          June 10, 2022

                                      John G. Koeltl
                              United States District Judge