UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRENCE SINGLETON,

                Plaintiff,        22-cv-1937 (JGK)

    - against -                ORDER

UNITED STATES OF AMERICA,

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

The complaint was filed on March 8, 2022. Pursuant to Federal Rule of Civil Procedure 4(m), the time to serve the defendant was June 6, 2022.

The time to serve the defendant is extended to **July 21, 2022.** If the plaintiff does not serve the defendant by that time, the complaint may be dismissed for failure to serve.

SO ORDERED.

Dated:    New York, New York
            June 20, 2022

                                          John G. Koeltl
                                   United States District Judge