UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRENCE SINGLETON,

                Plaintiff,        22-cv-1937 (JGK)

    - against -                ORDER

UNITED STATES OF AMERICA,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 19, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
          July 14, 2022

                                      John G. Koeltl
                                United States District Judge