U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 1, 2022

**Via ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Adjourned to Wednesday,
November 9, 2022, at 4:30pm.
So ordered.

*John G. Koeltl, U.S.D.J.*

September 2, 2022

Re: *Terrence Singleton v. United States of America*, 22 Civ. 01937 (JGK)

Dear Judge Koeltl:

This Office represents the United States of America (the "Government") in this medical malpractice action brought by plaintiff Terrence Singleton under the Federal Tort Claims Act. Plaintiff has no objection to the request made herein.

I write respectfully to request a 60-day adjournment of the telephonic status conference currently scheduled for September 7, 2022, *see* Dkt. No. 9. The reason for this request is that this Office was served with the Complaint on August 23, 2022, and this Office is in the process of gathering information necessary to respond to the Complaint. The Government notes that its response to the Complaint is due on Monday, October 24, 2022. *See* Federal Rule of Civil Procedure 12(a)(2). This is the Government's first request for an adjournment of the status conference. As aforementioned, Plaintiff does not object to this request.

I thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    /s/ Elizabeth J. Kim
ELIZABETH J. KIM
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2745
E-mail: Elizabeth.Kim@usdoj.gov

cc: Russell T McHugh, Esq. (via ECF)