```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------
TERRENCE SINGLETON,

        Plaintiff,

   - against -                     22-cv-1937 (JGK)

UNITED STATES OF AMERICA,       ORDER

        Defendant.
-------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 4, 2022.

SO ORDERED.

Dated:    New York, New York
          November 15, 2022

                                                John G. Koeltl
                             United States District Judge