Case 1:22-cv-01937-JGK   Document 22   Filed 12/01/22   Page 1 of 2



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 1, 2022

**By ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Singleton v. United States of America*, No. 22 Civ. 1937 (JGK)

Dear Judge Koeltl:

      This Office represents the United States of America (the "Government") in this medical malpractice action brought by plaintiff Terrence Singleton ("Plaintiff") under the Federal Tort Claims Act. I write jointly with Plaintiff ask that the current deadline of December 4, 2022, to submit a Rule 26(f) report (Dkt. No. 21) be extended by 45 days until January 18, 2023. There are two reasons for this request. First, this adjournment would help facilitate the parties' early settlement discussions. Plaintiff recently made a revised demand, and the Government is in the process of gathering the relevant medical records to be able to intelligently assess the demand. Second, counsel for Plaintiff is scheduled to undergo surgery on December 13, 2022, and he has numerous professional obligations related to other matters before and after his surgery, which would interfere with his ability to focus on discovery in this matter, especially given the time that he will need to recover from surgery and the upcoming holidays.

      This is the parties' first request to adjourn the deadline for the Rule 26(f) report and, as mentioned above, the parties make this request jointly.

      The parties thank the Court for its consideration of this request.

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
12/1/22

Case 1:22-cv-01937-JGK Document 23 Filed 12/01/22 Page 2 of 2
Case 1:22-cv-01937-JGK Document 22 Filed 12/01/22 Page 2 of 2

Page 2

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Mark Osmond
Mark Osmond
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2713
Facsimile: (212) 637-2750
E-mail: mark.osmond@usdoj.gov

SACCO & FILLAS LLP
Counsel for Plaintiff

By: /s/ Russell T McHugh
Russell T McHugh
Sacco & Fillas LLP
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102
917-270-5586
Fax: 718-425-9931
Email: rmchugh@saccofillas.com